THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STANLEY W. CATCHPOLE,

          Plaintiff,

vs.

DIANE WAGNER,

          Defendant.

NO. C09 5065 KLS

STIPULATION AND ORDER AMENDING PRETRIAL CASE SCHEDULE

**STIPULATION**

COME NOW the parties, by and through their attorneys of record, Plaintiff being represented by C. William West of Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP, and Defendant being represented by Gregory A. Jacoby and Jennifer A. Forbes of McGavick Graves, P.S., and hereby stipulate to the extension of the deadline for expert witness disclosure to allow additional time as follows:

Expert Witness Disclosure/Report Deadline          09/21/2009

The remaining pretrial and discovery dates will remain unchanged except as set forth herein.

| | |
|---|---|
| **Stipulated** and agreed this _____ of July 2009. | |
| GORDON, THOMAS, HONEYWELL, | McGAVICK GRAVES, PS |
| By _____ C. William West, WSBA No. 35542 Attorneys for Plaintiff | By _____ Jennifer Forbes, WSBA #26043 Attorney for Defendant |

## **ORDER**

THIS MATTER having come before the undersigned upon the stipulation of the parties for to extend deadline for expert witnesses and as to depositions, and the court being fully advised, now, therefore, it is hereby

ORDERED that the deadline for expert witness disclosure/report is extended from August 20, 2009 to September 21, 2009.

DATED this 4th day of August, 2009.

*/s/ Karen L. Strombom*
KarenL.Strombom
United States Magistrate Judge

Presented by:

McGAVICK GRAVES, P.S.

By: _____
 Jennifer A. Forbes, WSBA #26043
 Of Attorneys for Defendant
 1102 Broadway, Suite 500
 Tacoma, WA 98402
 Telephone 253-627-1181
 jaf@mcgavick.com

STIPULATION AND ORDER REGARDING
CASE SCHEDULE
Page 2 of 3

**M c G A V I C K
G R A V E S**
A Professional Services Corporation
1102 Broadway, Suite 500 • Tacoma, Washington 98402
Telephone (253) 627-1181 • Fax (253) 627-2247

Approved for entry, notice of presentation waived:

GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM, LLP


By: _____
    C. William West, WSBA #35542
    Of Attorney for Plaintiff
    1201 Pacific Avenue, Suite 2100
    Tacma, Wa 98402
    Telephone: 253-620-6500
    wwest@gth-law.com

I:\DOCS\H\29642\Pleadings\Stip re Case Setting.doc

STIPULATION AND ORDER REGARDING CASE SCHEDULE
Page 3 of 3

**M c G AVICK**
**G RAVES**

A Professional Services Corporation

**1102 Broadway, Suite 500 • Tacoma, Washington 98402**

**Telephone (253) 627-1181 • Fax (253) 627-2247**