# United States District Court

WESTERN DISTRICT OF WASHINGTON

STANLEY W. CATCHPOLE

JUDGMENT IN A CIVIL CASE

v.

DIANE WAGNER

CASE NUMBER: C09-5065KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's motion for attorneys' fees, costs and litigation expenses (DKt. 55) is GRANTED in part. The Court awards Defendant reasonable attorneys' fees of $50,429.00, reasonable expert fees of $18,233.00, and reasonable litigation expenses of $2,973.57.

|   |   |
|---|---|
| August 9, 2010 | BRUCE RIFKIN |
| Date | Clerk |
|   |   |
|   | *s/CM Gonzalez* |
|   | Deputy Clerk |