THE HONORABLE KAREN L. STROMBOM

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| STANLEY W. CATCHPOLE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>DIANE WAGNER,<br><br>                    Defendant. | NO. C09-5065 KLS<br><br>ORDER GRANTING PLAINTIFF'S ATTORNEYS' MOTION TO WITHDRAW AS COUNSEL |

THIS MATTER came before the Court on Plaintiff's Attorneys' Motion to Withdraw as Counsel. The Court, having reviewed the motion and finding good cause shown, hereby grants leave for Plaintiffs' attorneys of record, James W. Beck, Robert N. Caldwell, and C. William West of the law firm Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP, to withdraw from the above-captioned matter

DONE IN OPEN COURT this 30th day of August, 2010

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING LEAVE TO WITHDRAW - 1 of 1
(C09-5065 KLS)
[Catchpole v Wagner 09-5065KLS-order to withdraw]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565